JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-0210RSM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION TO |
| vs. | ) | CONTINUE TRIAL DATE |
| | ) | |
| ALTAF MERALI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and the records and files herein, the Court hereby makes the following findings:

1.    The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation, or in the alternative, effect preparation for a plea and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from August 1, 2005, to September 12, 2005.

IT IS FURTHER ORDERED that the period of time from the current trial date of

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(Altaf Merali; CR050210RSM)                                   1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   August 1, 2005, up to and including the new proposed trial date of September 12, 2005,

2   shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

3

4          DONE this _27_ day of July  2005.

5

6

7

8          RICARDO S. MARTINEZ
           UNITED STATES DISTRICT JUDGE

9

10  Presented by:

11  s/  Paula Semmes Deutsch
    WSBA #  23940
12  Attorney for Altaf Merali
    Federal Public Defender's Office
13  1601 Fifth Avenue, Suite 700
    Seattle, WA   98101
14  Phone:    (206) 553-1100
    Fax:       (206) 553-0120
15  paula_deutsch@fd.org

16  s/  David Reese Jennings
    Assistant United States Attorney
17  *Telephonic  Approval*

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(Altaf Merali; CR050210RSM)                          2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**