JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-0210RSM |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | STIPULATED MOTION TO |
| vs. ) | CONTINUE TRIAL DATE |
| ) | |
| ALTAF MERALI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation, or in the alternative, effect preparation for a plea and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from September 12, 2005, to October 11, 2005.

IT IS FURTHER ORDERED that the period of time from the current trial date of

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL
(Altaf Merali; CR05-0210RSM)   1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1 September 12, 2005, up to and including the new proposed trial date of October 11, 2005,

2 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

3

4        DONE this 9th day of September, 2005.

5

6

7                                   /s/ James L. Robart
                                    THE HONORABLE JAMES L. ROBART for
8                                   THE HONORABLE RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
9

10

Presented by:

11

s/  Paula Semmes Deutsch
12 WSBA #  23940
Attorney for Altaf Merali
13 Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
14 Seattle, WA    98101
Phone:   (206) 553-1100
15 Fax:      (206) 553-0120
paula_deutsch@fd.org

16

s/  David Reese Jennings
17 Assistant United States Attorney
*Telephonic  Approval*

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION                         **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL                                        **1601 Fifth Avenue, Suite 700**
(Altaf Merali; CR05-0210RSM)              2              **Seattle, Washington  98101**
                                                         **(206) 553-1100**